FILED
OCT 1 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Robert James Piette )
_____ )  Case Number: 14-1101-JPG
_____ )  (Clerk's Office will provide)
_____ )
*Plaintiff/Petitioner(s)* )
v. )  ☒ CIVIL RIGHTS COMPLAINT
_____ )  pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ )  ☐ CIVIL RIGHTS COMPLAINT
_____ )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☐ CIVIL COMPLAINT
*Defendant/Respondent(s)* )  pursuant to the Federal Tort Claims Act,
  28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff:

A.  Plaintiff's mailing address, register number, and present place of confinement. Robert James Piette ID# 20140301148 P.O. Box 089002 Chicago, IL. 60608

Defendant #1:

B.  Defendant __Mr. Marc Hodge__ is employed as
      (a)  (Name of First Defendant)
    __Warden__
      (b)  (Position/Title)
    with __Lawrence Correctional Center__
      (c)  (Employer's Name and Address)
    __10940 Lawrence Rd. Sumner IL 62466__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain:
Mr. Hodge was the Warden of Lawrence C.C. THE NUMBER ONE person IN charge.

(Rev. 7/2010)

1

RECEIVED
OCT 14 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**Defendant #2:**

C. Defendant **Ms. Janis K Jokisch** is employed as
*(Name of Second Defendant)*

**Records Law Clerk**
*(Position/Title)*

with **Lawrence Correctional Center**
*(Employer's Name and Address)*

**10940 Lawrence Rd. Sumner IL. 62466**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain:

Ms. Jokisch At the time was the person in charge of Records Dept. Her Job was to handle All Calculatio Sheet And All Legal matters concerning Inmates.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

**Defendant #3**
Ms. Treadway
Assistant Warden
Lawrence Correctional Center
10940 ~~Sum~~ Lawrence Rd
Sumner IL 62466

Ms. Treadway was the #3 person in charge.

**Defendant #4**
Mr. Kittles
Inmate Counsoler
Lawrence Correctional Center
10940 Lawrence Rd
Sumner IL 62466

Mr. Kittles was the Liason Between Inmates And Admin. Also Answers grievences And Inmate Issues.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

   1. Parties to previous lawsuits:
      Plaintiff(s): N/A

      Defendant(s): N/A

   2. Court (if federal court, name of the district; if state court, name of the county): N/A

   3. Docket number: N/A

   4. Name of Judge to whom case was assigned: N/A

   5. Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

   6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   7. Approximate date of filing lawsuit: N/A

   8. Approximate date of disposition: N/A

III. **GRIEVANCE PROCEDURE**

    A. Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes    ☐ No

    C. If your answer is YES,
        1. What steps did you take?
        Wrote numberous Request, Had face to face Meeting Also filed several written grievence's

        2. What was the result?
        Every staff member either passed the Buck or explained very clearly what there job was and was not Refused to give a written Response to grievence only verbal statements.

    D. If your answer is NO, explain why not.

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes    ☐ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:
    SEE ATTACHED Documents

(Rev. 7/2010)

4

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

THE PLAINTIFF ROBERT JAMES Piette I.D.O.C. # K80754 WAS WRONLY IMPRISONED 66 DAYS PAST HIS MANDATORY SUPERVISED RELEASE DATE BY THE LAWRENCE CORRECTIONAL CENTER LOCATED AT 10940 LAWRENCE RD Sumner IL 62466. DUE TO THE FACT THAT THE DEFENDENTS INVOLVED WHO WERE ACTING UNDER THE COLOR OF STATE LAW IN AN OFFICIAL CAPACITY REFUSED TO DO THERE JOBS IN A PROFESSIONAL AND THOROUGH MANNER. RESULTING IN CIVIL RIGHTS VIOLATIONS QUARANTEED BY THE UNITED STATES Constitution OR BY LAW.

(Rev. 7/2010)

1 of 8

On 2-26-2009 I Robert J Piette was sentenced to 5yrs Illinois Dept. of Corrections. For the charge of Unlawful Possession of a Controled Substance. Case # 05CF003062. I was given credit for all days actually served in the Dupage Co. Jail by the Honorable Judge Dwyer. This charge was to run consecutive to a sentence already being served in the Arizona Dept of Corrections.

On 6-24-2011 Plaintiff ~~Claimant~~ was released by the Arizona Dept of Corrections To the custody of the DuPage Co Sheriffs Dept. Claimant was then transported Back to the state of Illinois to start his Remaining sentence. Claimant was held at the Dupage Co. Jail Approx. one week until he was transfered to the Illinois Dept. of Corrections.

On or About 6-30-2011 Plaintiff ~~Claimant~~ Entered The Illinois Dept of Corrections at Statesville N.R.C. A few days later Claimant recieved a calculation sheet Calculating time actually served and Remaining time yet to be served. After Claiment reviewed his sentencing orders Claimant Noticed several errors and Notified staff. Climent was told by staff at Stateville N.R.C. that once he was transfered to his Parent institution He would be able to correct all issue's there.

Plaintiff ~~Claimant~~ was transfered to the Lawrence Correctional Center where the Remainder of his time was to be served.

On Sept. 5, 2011 Plaintiff ~~Claimant~~ wrote a letter to the Honorable Judge Dwyer Addressing the Errors made on his Sentencing orders concerning his Earned Jail Credits for time already served. Claiment asked the Court to Amend his Sentencing Order so it would Reflect all Actual Days served sence it was missing Numerous Dates of Incarseration.

On 9-21-2011 Plaintiff ~~Claiment~~ Recieved Another Calculation sheet from the Records Dept of the Lawrence C.C. "See Attachment pg" Confirming that The Errors still hadnt Been Corrected yet.

On 10-12-2011 Plaintiff ~~Claiment~~ Recieved A Letter from the DuPage Co. Public Defenders office stating the Courts Corrected the errors inregaurds to his Earned Jail Credits. An Amended ~~Ste~~ Sentencing order was granted and Issued and a copy was enclosed for my Records. "See Atthchment pg"

On 11-7-2011 Plaintiff ~~Claiment~~ mailed A Motion for NUNC PRO TUNC to the DuPage Co Clerks office formally Addressing This Issue Believing His was Entitled To More Jail credits earned.

On 11-16-2011 The Motion was filed fo NNNC PRO TUNC and a court date of 11-29-2011 was Issued for Motion to Be Heard.

On 11-29-2011 The Motion for NUNC PRO TUNC was heard and Denied.

*Robert J Piette* (signature)

On or About 12-7-2011 ~~Claiment~~ PLAINTIFF Recieved A letter from the DuPage County ~~clerks~~ Public Defenders office stating that NO ACTION WAS TAKEN on my Motion THAT I WAS given credit for All days Actually Served AT That Point IN TIME. However Any DAYS of INCARSARATION After them DATES will be Applyed By the Prison Sence the prison is ISSUED By the JAIL A Copy of All Actual DAYS Served IN THE form of A Credits for TIME SERVED Report that Reflect All days Served Under CASE# 2005CF003062 "See Attachment pg  "

On or About 12-20-2011 ~~I Claiment~~ PLAINTIFF Spoke with the Cell House Counsole A Mr. Downen for Buildings 5 and 7. Claiment showed Mr Downen the Amended Sentencing Order He Recieved AND ASKED Why He didn't Recieve A New Calculation sheet yet. Mr Downen stated he didn't KNOW why And that He doesn't Do Calculation Sheets But he would Call Records for ME. Never Did jet ANY Response.

On or About 1-10-2012 ~~Claiment~~ PLAINTIFF Sent Warden Storm A Request Slip Along With A Copy of His Amended Sentencing Asking why he still hasn't Recieve A New Calculation sheet. Warden Storm Answered A few days Later stating he forwarded My Request to the Appropriate Dept. Never Did get A Response.

Approx. the Begining of Feb. 2012 ~~Claiment wor~~ PLAINTIFF wrote A LETTER TO The Clerk of DuPage Co Requesting that Copys of His Amended Sentencing order Be Mailed to the Lawrence C.C. As well As him Self.

On or About 3-5-2012 ~~Claiment~~ PLAINTIFF started Sending Request Slips to The Records Dept. Requesting his New Calculation sheet. No Response. Claiment Recieved A copy of His Amended Sentencing Order from the DuPage Co. Clerks office Approx Around the Same time.

On 3-27-2012 ~~Claiment~~ PLAINTIFF Recieved A Records call pass. However the call pass was Not to Address His Issue It was to fill out A Census form. After Claiment filled out the Census form He Spoke to A Women He Believed to Be Ms. Loy concerning His Issue. She stated He needed To Speak with a Mrs. Jokisch. She Took His Name AND I.D. Number Down And Said she would Relay Message and Concerns. Witch She Did.

On 3-28-2012 ~~Claiment~~ PLAINTIFF Recieved A Counseling Summary from Janis K. Jokisch IN Regaurds to My Issue. Ms Jokisch Stated this is the form She used to to Calculate My Release Date. "See Attchments pg  "
However that was Incorrect Also cuz clearly the Jail had me Down for 240 days AND Ms Jokisch only Credited Claiment only 225 days THERE WAS clearly Mistakes made prior to the

On 3-29-2012 PLAINTIFF Claiment Submitted a Request slip to Janis K Jokisch Requesting to be put on a call line to Discuss Concerns Surrounding his Calculation sheet. Claiment Stated He Recieved an Amended Sentencing order Witch would drasticly Change His Release Date. Two week pass No Response.

On 4-13-2012 PLAINTIFF Claiment Spoke with Counsoler Reis Briefly About his Issue. Claiment Handed Counsoler Reis a written Request slip and provided Him with a copy of His Amended Sentencing order. Counsoler Reis stated he would hand deliever It and get Back with Me.

On 4-14-2012 I Recieved In the Mail a written Response from Counsoler Reis stating he gave my paperwork to the Records Dept However They couldn't use them. "See Attachment pg   "

On 4-14-2012 PLAINTIFF Claiment Submitted Another Request Slip to See the Record Clerk Janis K Jockisch.

On 4-20-2012 PLAINTIFF Claiment Recieved a call pass to the Records Dept. This Meeting was Held in the Visiting Room. Said Meeting was with Records Law clerk Ms. Janis K Jokisch, Warden Marc Hodge and Claiment Robert J Piette. Claiment Addressed the Issue at hand. Expressed all His Concerns and Showed Ms Jokisch as well as Warden Hodge all The Documents He Recieved from The DuPage Co Clerks and public Defenders office " See Attached pg   "

Ms. Jokisch stated to PLAINTIFF Claiment that his paperwork was Meaningless to her and There was Nothing She could do with it. All Court Documents Need to Come to her from the Clerks office. Claiment Said He understood That and has Tryed Notifing the clerk in writing and Doesn't understand why She isn't Recieveng Anything when he is. Again Ms Jokisch stated There was Nothing she could do. PLAINTIFF Claiment Asked Ms Jokisch if she can't Do Anything who Can then. And who Does the Calculationsheets. Ms. Joel Jokisch stated to PLAINTIFF Claiment She is the person who calculate's Inmat Time, She was the person to talk to And If there truly where any changes To my Sentencing order the Courts would Notify Her. She would not Notify the courts.

After Speaking with Ms Jokisch for several mins and not getting Anywhere PLAINTIFF Claiment turned directly to Warden Hodge and asked Him If He understood exactly what Claiment was saying. Warden Hodge stated he did PLAINTIFF Claiment Inturned Ask warden Hodge if He would help him to get Ms Jokisch To understand That as an Inmated He has Done everything in His power to get her to Acknowledge Said Amended Sentencing order. Claiment wrote The Clerks office like he was told and showed them there Response. Claiment Also wrote the public Defenders office Again showed them there Response "See Attachments pg   " as well as provided Copy to Ms Jokisch Claiment Exhausted every dorse of Action on His behalf Except to Call the Clerks office Witch is not possible sence Inmates can only make Collect Calls

4 of 8    Robt J Piette

PLAINTIFF stated that he cannot understand why her office has not Recieved Anything when them same Dept have no problem contacting him. Again Warden Hodge stated he clearly understood what my issue was and directed Ms Jokisch to investigate this matter and fix what needed to be fixed. Again months had past and nothing had been done.

On 7-6-2012 PLAINTIFF Attended the Records call line for A follow Up meeting per Warden Hodge. Warden Hodge was not present only Ms. Jokish was there. Ms Jokisch stated to claiment nothing has changed. Claimer Asked Ms Jokisch if she contacted the DuPage Co. Clerks office. Ms Jokisch stated to claiment it wasn't her job to call or contact the clerks office That if there truly were any changes they would of notified her by now. PLAINTIFF Asked Ms Jokisch if she didn't call or contact the clerks office as Warden Hodge had instructed her to do would she please Explain what did she actually do to investigate this matter. Ms Jokisch Proceded to get Angrey and Raised her voice stating claiment can not tell her How to do her Job, that nobody can tell her how to do her job that she's been Doing this everyday for countless years, And she knows exactly what she is Doing It i's not her responsability to make sure claiments out-date is correct And as far as she was concerned claiments calculation sheet was correct Therefore nothing will be changing and dismissed claiment to see the next person with nothing happening or changing.

On 7-7-2012 PLAINTIFF Sent A Request Slip to Warden Hodge Explaining The events that happend at the Records call line meeting with Ms Jokisch. Never got any Response.

On 7-7-2012 PLAINTIFF filed a grievence Against Ms Jokisch And the Records Dept. "See Attachment pg 11"

Approx. The end of August 2012 PLAINTIFF spoke with A counsoler Kittles About the grievence he filed. Counsoler Kittles stated he was 2 maybe 3 months months behind on grievences but he'd try to get back to me next week.

Approx One week later in the month of September 2012 claiment Spoke with Counsoler Kittles Again. Counsoler Kittles stated he saw comments in the computer stating by Ms Jokisch that after further review no Action was to be taken claiment Asked for that in writing as well As the grievence back. Counsoler Kittles stated he'd send it in the mail. Claiment never did recieve grievence back.

PLAINTIFF Tryed for Approx. 1 month to get A Answer from Counsoler Kittles in Regaurds to grievenced filed. Counsoler Kittles stated Ms Jokisch is Impossible to deal with that he can not get A writen Response back. As far as he was concerned there was nothing more he could do.

5 of 8

On Jan. 14, 2013 PLAINTIFF ~~Claiment~~ Spoke with an Inmate Myron Barber ID # N46174 That Also Attended the Records call line with Claiment and asked Him to write Affidavit stating what he witnessed that Day "See Attachment pg "

On Feb. 10th 2013 PLAINTIFF ~~Claiment~~ filed Another grievence in Regaurds to the Whole Chain of events of the past year and How Nothing Was Done, Claimen Spoke with ~~to A.W.~~ Assistant Warden Treadway on the Walk, Explain to Her what his Issue was Also explain that as of this Day he has been held Approx 50 days Past his out date. Claiment hand delievered his grievence To Assistent Warden Treadway witch she Accepted. A.W. Treadway stated She would Look into it and get back with me. "See Attachment pg "

On feb 13th PLAINTIFF ~~Claiment~~ Spoke with A.W. Treadway Again Concerning matter and Handed her a Hand Writen Request Asking About the Grievence I gave Her. Claiment stated He would Like A Response in Writing and the grievence Returned. "See Attachment pg "

On Feb. 13th 2013 PLAINTIFF ~~Claiment~~ started a timeline of Date and Approx. time That Claiment Spoke to each Staff getting there Name's and what The Spoke About. "See Attachment pg "

On Feb 18th 2013 PLAINTIFF ~~Claiment~~ wrote Another Letter to the DuPage co Clerks office. "See Attachment pg "

On feb 19th 2013 A.W. Treadway Sent PLAINTIFF ~~Claiments~~ Request Slip Back stating Grievence were Done By Clinical Service's. She Did not Return my Grievence "See Attachment pg "

On Feb. 26th 2013 PLAINTIFF ~~Claiment~~ was working In the Barber Shop. Claiments Boss Joe Hough Recieved A phone Call At 10:30 Am stating I needed to go back to My Housing Unit That I was being Immedeately Released. That claiment Needed to be out of the prison By 11:30 am. Claiment states the prison was in Such a rush they put him on A Bus to Indiana cuz that was the Next Bus leaving from Lawrence.

6 of 8

ON FEB. 27 2014 THE DUPAGE COUNTY CLERK SENT ANOTHER CERTIFIED COPY OF PLAINTIFF AMENDED SENTENCING ORDER ALONG with the LETTER PLAINTIFF HAD SENT THE CLERK. "SEE ATTACHMENTS pg    "

THE PLAINTIFF HAD been INCARSARATED ON Numerous Occasions Prior to being SENTENCED to 5 years I.D.O.C for poss. of A Controled Sub. CASE # 2005CF003062 At the SAME time PLAINTIFF WAS SENTENCED to 5 years I.D.O.C. FOR A RESIDENTIAL Burglary # 2005CF001986 THE CASES WERE to Run concurrent, Witch they were. If you look At the Credits for time Served Report ISSUED BY the DuPage County Jail. "SEE Attachment pg 9" It Reflects All Days of Actual time for Both CASES. THE 2005CF001986 CASE WAS when Plaintiff INITIALY HAD BEEN Detaineed. It wasn't until Months LATER that PLAINTIFF HAD been charged with CASE # 2005CF003062 ALL THESE Dates of INCARSARATION should BE Identical when plaintiff WAS RELEASED on 02-04-2006 However A Simple Error WAS MADE AND Booking # 20603919 WAS never ADDED to CASE # 2005CF003062 THUS NOT Giving plaintiff ALL DAYS Actually Served. After further Review it was Determined BY the Courts that the PLAINTIFF WAS INTITLED to More JAIL time credits. "See Attachments pg 4" After ADDING ALL ACTUALL Jail Credits for CASE # 2005CF003062 PLAINTIFF Actually HAD 360 day of ACTUAL timed Served in the DuPage Co JAIL.

THE Honoralbe Judge JANE H Mitton Quickly Addressed this Issue and on 10/07/2011 GRANTED A Motion of <u>Nunc Pro Tunc</u> AMENDING the Original SENTENCING ORDER giving THE PLAINTIFF ALL ACTUAL days Served AND Corrected the PROBLEM.

ON 10-07-2011 THE DuPAGE County Clerk Drafted the I.D.O.C. order.

THE Plaintiff Tryed Relentlessly for Approx. 1 year and 4 month To get the Administration AT the LAWRENCE Correctional Center To Simply INVESTIGATE His complaint. THE PLAINTIFF USED UP ALL HIS AVAILABLE OPTIONS AS AN INMATE. PLAINTIFF SENT LETTERS To THE DUPAGE COUNTY CLERK OFFICE AND THE DUPAGE COUNTY PUBLIC DEFENDERS OFFICE. PLAINTIFF SENT REQUEST SLIPS To COUNSOLER, RECORDS DEPT, WARDEN, and ASSISTANT WARDEN PLAINTIFF EVEN HAD TWO FACE TO FACE MEETINGS WITH THE RECORDS LAW CLERK JANIS K JOKISCH ONE OF THOSE MEETINGS WARDEN MARC Hodge WAS PRESENT AND EVEN DIRECTED MS. JOKISCH TO INVESTIGATE PLAINTIFF ISSUE PLAINTIFF WROTE NUMEROUS Grievence. NO ACTION WAS TAKEN.

*Robt J Patt* (signature)

THE DEFENDENTS WHO WERE ACTING UNDER THE COLOR OF STATE LAW IN AN OFFICAL CAPACITY HAD A DUTY AS STATE EMPLOYS TO DO THERE JOB'S IN A PROFESSIONAL AN THOROUGH MANNER WITCH SIMPLY DIDNOT HAPPEN IN THIS CASE. ANY TYPE OF INVESTIGATION INTO PLAINTIFF'S COMPLAINT CLEARLY WOULD OF RESULTED IN A CHANGE OF PLAINTIFFS SENTENCING ORDERS. THE PLAINTIFF PROVIDED COPYS OF HIS AMENDED SENTENCING ORDER ANY REASONABLE OFFICAL AFTER REVIEWING THOSE COPYS SHOULD OF KNOWN THAT ANY INACTION ON THERE PART WOULD RESULT IN PLANTIFF HAVING TO SERVE MORE TIME THAN THE DUPAGO COUNTY HAD SENTENCED HIM TO.

ALSO NOTE THE PLAINTIFF WAS NEVER ISSUED ANY TYPE OF DISCIPLINARY REPORT FOR TRYING TO FALSIFY OR FORGE GOVERMENT DOCUMENTS WITCH MS. JORISCH HAD LIGHTY INSINUATED PLAINTIFF MIGHT BE DOING.

THE DEFENDENTS WERE CLEARLY AWARE OF PLAINTIFFS COMPLAINT AND HAD MORE THAN A REASONABLE AMOUNT OF TIME TO INVESTIGATE THE COMPLAINT AND MAKE THE NECESSARY ADJUSTMENTS TO THE PLAINTIFFS RELEASE DATE, HOWEVER THE DEFENDENTS IN-ACTION TO DO THERE JOBS IN A PROFFESIONAL AND THOROUGH MANNER IS THE DIRECT REASON WHY THE PLAINTIFF WAS WRONGLY IMPRISONED 66 DAYS PAST HIS OUT DATE. THUS VIOLATING THE PLAINTIFF EIGHTH AMENDMENT RIGHTS, DENIED PLAINTIFF DUE PROCESS AND SATISFYING THE DELIBERATE INDIFFERENCE STANDARD. THE DEFENDENTS IN THIS CASE HAD A DUTY TO INVESTIGATE THE COMPLAINTS THAT THE PLAINTIFF WOULD BE WRONGLY IMPRISONED IF NO-ACTION WAS TAKEN THEREFORE ANY IMMUNITY THE DEFENDENTS MY HAVE SHOULD BE NULL AND VOIDED.

THEREFORE THE PLAINTIFF ASKS THE COURT TO PLEASE RULE IN HIS FAVOR. THE DEFENDENTS CLEARLY VIOLATED THE PLAINTIFFS CONSTITUTIONAL AND CIVIL RIGHTS AND SHOULD BE HELD ACCOUNTABLE FOR THERE ACTIONS

SIGNED: _Robert J Piette_
                        PLAINTIFF

Robert James Piette
ID# 2014030 1148
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

8 of 8

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Compensation / punitive Damages for all days Held past Release Date. & loss of wages. All Court Fees / Filing Ect, Lawyers Fees

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9-30-2014 (date)

Cook County Jail
P.O. Box 089002
Street Address

Chicago IL 60608
City, State, Zip

Signature of Plaintiff

Robert J Piette
Printed Name

20141030 1148
Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010)    6